UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JULIE MASON, on behalf of herself and all others similarly situated,** | Index No.: 3:18-cv-01280 |
| **Plaintiff,** | |
| -against- | |
| **YALE UNIVERSITY,** | |
| **Defendant.** | |

## MOTION FOR ADMISSION OF VISITING LAWYER

NOW COMES James J. Reardon, Jr. of Reardon Scanlon LLP, a member of the bar of this Court, and respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Philip L. Fraietta of the firm Bursor & Fisher, P.A., in New York City as a visiting attorney in this Court, and in support of this Motion, represents the following:

1.  Philip L. Fraietta is an attorney of the firm Bursor & Fisher, P.A., with an office at 888 7th Avenue, New York, NY 10106. Mr. Fraietta is a member in good standing of the bar of the State of New York, and is admitted to practice before the Southern District, Northern District, and Eastern District of New York.

2.  Upon information and belief, Mr. Fraietta has never been denied admission or disciplined by this Court or any other Court and his fully executed Affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

3.  Philip L. Fraietta has designated the undersigned sponsoring attorney as his agent for service of process, and further designated the District of Connecticut as the forum for the resolution of any dispute arising out of his admission as a visiting attorney.

4.	Payment to the Clerk for the fees as required by D. Conn. L. Civ. L.R. 83.1(d)(2) accompanies this application.

WHEREFORE, the undersigned requests that Philip L. Fraietta be admitted to appear as visiting lawyer as counsel for Julie Mason in this action.

Dated:  August 24, 2018

                              PLAINTIFF, JULIE MASON

By:	 */s/ James J. Reardon, Jr.*
	James J. Reardon, Jr. (ct13802)
	james.reardon@reardonscanlon.com
	Reardon Scanlon LLP
	45 South Main St., 3rd Flr.
	West Hartford, CT  06107
	(860) 955-9455
	(860) 920-5242 (f)
	Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2018, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

 */s/ James J. Reardon, Jr.*
James J. Reardon, Jr.

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**JULIE MASON, on behalf of herself and all others similarly situated,**

**Index No.: 3:18-cv-01280**

           **Plaintiff,**

-against-

**YALE UNIVERSITY,**

           **Defendant.**

### AFFIDAVIT OF PHILIP L. FRAIETTA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Philip L. Fraietta, being duly sworn, deposes and says:

1. I submit this affidavit in support of the application by the plaintiff for my admission as an attorney *pro hac vice* in this action.

2. I am an attorney in the law firm Bursor & Fisher, P.A., counsel for the plaintiff in this matter. My office is located at 888 7th Avenue, New York, NY 10106. My contact information is 646-837-7150 (phone), 212-989-9163 (fax) and pfraietta@bursor.com.

3. I am a citizen of the United States and a resident of the State of New York. I am admitted to practice before the Southern District of New York, Eastern District of New York, and Northern District of New York. I have been a member in good standing of the Bar of the State of New York since February 25, 2015. A true and correct copy of my certificate of good standing for the State Bar of New York is attached hereto as Exhibit A.

4. There is good cause to grant this application. The plaintiff wishes me to be counsel on this matter due to my familiarity with the facts and legal issues of this particular case.

5.  I have never been held in contempt of court, nor have I ever been suspended or disbarred by any court. I have no pending disciplinary complaints and I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.  I have read and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.  I designate James J. Reardon, Jr. of Reardon Scanlon LLP as my agent for service of process or any successor to him who files an appearance as local counsel, and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

8.  WHEREFORE, I respectfully request that I be admitted to practice before the Court *pro hac vice* on behalf of the plaintiff.

_____
Philip L. Fraietta

Sworn to before me this
21st day of August, 2018

_____
NOTARY PUBLIC



YITZCHAK KOPEL
Notary Public, State of New York
No. 02KO6316560
Qualified in Queens County
Commission Expires December 15, 2018

2

**EXHIBIT A**



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Philip Lawrence Fraietta** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 25th day of February 2015, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on July 05, 2018.

*Aprilanne Agostino*
Clerk of the Court