# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JULIE MASON, on behalf of herself and all others similarly situated, | : | CASE NO. 3:18-CV-01280-AWT |
| Plaintiff, | : | |
| v. | : | |
| YALE UNIVERSITY, | : | |
| Defendant. | : | |

### AFFIDAVIT OF SHELBY S. GUILBERT

I, Shelby Guilbert, being duly sworn, depose and say:

1. I am over 18 years old and believe in the obligations of an oath.

2. I submit this affidavit pursuant to Local Rule of Civil Procedure 83.1(d)(1) in support of the motion to admit me *pro hac vice* to represent Defendant Yale University in the above-captioned action.

3. I am an attorney with the law firm of King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, GA, 30309, telephone number (404) 572-4697 and facsimile number (404) 572-5100. My e-mail address is: sguilbert@kslaw.com.

4. I am a member in good standing of the bar of the State of Georgia (Bar No. 315101), the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Western District of Tennessee, and the United States District Court for the Northern District of Georgia.

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I designate my sponsoring attorney, Jeffrey P. Mueller of Day Pitney LLP, as my agent for service of process and designate the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

_____
Shelby S. Guilbert

Sworn to before me this 24th day of August, 2018.

_____
Notary Public
My Commission Expires: