## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE MASON, on behalf of herself and all others similarly situated, | : CASE NO. 3:18-CV-01280-AWT |
| Plaintiff, | : |
| v. | : |
| YALE UNIVERSITY, | : |
| Defendant. | : AUGUST 24, 2018 |

### MOTION FOR *PRO HAC VICE* ADMISSION OF MEGHAN H. MAGRUDER

Pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for Meghan H. Magruder to be admitted *pro hac vice* to appear before this Court on behalf of Defendant Yale University in the above-captioned matter.

1. Pursuant to Local Rule 83.1(d)(1), an affidavit of Attorney Magruder stating her qualifications for *pro hac vice* admission is attached as Exhibit A to this motion.

2. Pursuant to Local Rule 83.1(d)(2), the granting of this motion will not require the modification of any scheduling order entered in this matter.

3. Pursuant to Local Rule 83.1(d)(3), this motion is accompanied by payment of a fee of $75.00 to the Clerk of this Court.

4. Pursuant to Local Rule 83.1(d)(4), Attorney Magruder will promptly file a certificate of good standing from the bar of Georgia, where she has her primary office, with the Clerk of this Court after this motion is granted.

WHEREFORE, the undersigned counsel respectfully moves for Meghan H. Magruder to be admitted *pro hac vice* in the above-captioned matter.

-2-

        DEFENDANT YALE UNIVERSITY

By: _/s/ Jeffrey P. Mueller_
    Jeffrey P. Mueller (ct27870)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0164
    Fax: (860) 880-2625
    Email: jmueller@daypitney.com

Its Attorney