# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE MASON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: CASE NO.  3:18-cv-01280-KAD<br>:<br>: January 15, 2019<br>:<br>: |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT[1]

Under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Yale University moves to dismiss Plaintiff's Amended Class Action Complaint (Dkt. No. 40) for the reasons set out in the accompanying memorandum of law.

Respectfully submitted,

This 15th day of January, 2019.

By: */s/ Phyllis B. Sumner*
Phyllis B. Sumner (phv09768)
Meghan H. Magruder (phv09767)
Shelby S. Guilbert (phv09762)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
Email: psumner@kslaw.com
Email: mmagruder@kslaw.com
Email: sguilbert@kslaw.com

---

[1] Defendant Yale University does not request oral argument and believes this motion can be decided based on the pleadings, but is willing to participate in oral argument if it would be of assistance to the Court.

2

                                         Jeffrey P. Mueller (ct27870)
                                         DAY PITNEY LLP
                                         242 Trumbull Street
                                         Hartford, CT 06103
                                         Phone: (860) 275-0164
                                         Fax: (860) 880-2625
                                         Email: jmueller@daypitney.com

*Attorneys for Defendant Yale University*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE MASON, on behalf of herself and all others similarly situated, | : : : |
| Plaintiff, | : : |
| v. | :  CASE NO.  3:18-cv-01280-KAD |
| YALE UNIVERSITY, | : : : |
| Defendant. | : : |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 15, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Phyllis B. Sumner*
Phyllis B. Sumner (phv09768)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
Email: psumner@kslaw.com

*Attorneys for Defendant Yale University*