# EXHIBIT A

# Yale University

<<Date>> (Format: Month Day, Year)

<<MemberFirstName>> <<MemberMiddleName>> <<MemberLastName>> <<Suffix>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<ZipCode>>

Dear <<MemberFirstName>> <<MemberLastName>>,

I am writing, with regret, to inform you that, between April 2008 and January 2009, intruders gained electronic access to a Yale database and extracted names and Social Security numbers, including yours. In nearly all cases, the extracted information included dates of birth, in most cases, Yale e-mail addresses and, in some cases, physical addresses. The database did not contain any financial information about you. Yale discovered the intrusion on June 16, 2018 during a security review of Yale servers. Almost seven years ago, in September 2011, as a part of a data protection program, Yale deleted personal information from the affected database, but the earlier intrusion was not detected at that time.

We have no indication that your information has been misused, but Yale considers the protection of personal data of the utmost importance and is taking measures to help you guard against identity theft by offering you identity monitoring services from Kroll, at no cost. Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data. The enclosed information describes Kroll's services and explains how you can activate them. Once you activate your identity monitoring services, Kroll will monitor your credit file for 12 months and alert you to any changes in your credit history. Kroll will also monitor certain Internet sites, public record databases, and lender sites for evidence that your information is being misused. We encourage you to register for these services on-line, as explained in the enclosed material, or by calling Kroll's toll-free number to receive alerts by mail. You also may refer to Yale's website https://cybersecurity.yale.edu/data-intrusion-response or call 1-833-228-5711, Monday through Friday, 9:00 a.m. to 6:00 p.m. Eastern Time, with any questions that you might have about this incident.

Whether or not you register for the Kroll services, it is always a good idea to watch for signs that your personal information is being misused and report any suspicious activity to local law enforcement authorities. We have enclosed information explaining other steps you can take to protect your identity.

Yale takes seriously the protection of personal information, and we continue to improve our electronic security and eliminate the unnecessary storage of such information. We very much regret this incident and the inconvenience to you.

Sincerely,

Jack F. Callahan, Jr.
Senior Vice President for Operations

9302GN-0718