UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE MASON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>YALE UNIVERSITY,<br><br>　　　　　　　　　　　Defendant. | Civil Action No. 3:18-cv-01280-KAD |

### DECLARATION OF PHILIP L. FRAIETTA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT YALE UNIVERISTY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

I, Philip L. Fraietta, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

　　　　1.　　　　I am a Partner at Bursor & Fisher, P.A., counsel for Plaintiff in this action. I am an attorney at law licensed to practice in the State of New York, and I am admitted to this Court *pro hac vice*. I make this Declaration in support of Plaintiff's Opposition to Defendant Yale University's Motion To Dismiss Plaintiff's Amended Complaint and am fully competent to do so. I have personal knowledge of all matters set forth herein unless otherwise indicated, and, if called upon to testify, I could and would competently do so.

　　　　2.　　　　Attached hereto as **Exhibit A** is a true and correct copy of the July 24, 2018 letter Plaintiff received from Yale, including the annexed enclosures.

　　　　3.　　　　Yale's motion to dismiss only attached the model letter it sent to the victims of the data breach. *See* ECF No. 43-2. The attachment did not include the annexed enclosures. *Id.*

　　　　I declare under penalty of perjury that the above and foregoing is true and accurate.

2

Executed this 8th day of February 2019 at New York, New York.

*/s Philip L. Fraietta*
Philip L. Fraietta (phv09753)

**EXHIBIT A**

# Yale University

July 24, 2018

313 1 52904 *****************AUTO**ALL FOR AADC 115
JULIE A MASON

Dear Julie A Mason,

I am writing, with regret, to inform you that, between April 2008 and January 2009, intruders gained electronic access to a Yale database and extracted names and Social Security numbers, including yours. In nearly all cases, the extracted information included dates of birth, in most cases, Yale e-mail addresses and, in some cases, physical addresses. The database did not contain any financial information about you. Yale discovered the intrusion on June 16, 2018 during a security review of Yale servers. Almost seven years ago, in September 2011, as a part of a data protection program, Yale deleted personal information from the affected database, but the earlier intrusion was not detected at that time.

We have no indication that your information has been misused, but Yale considers the protection of personal data of the utmost importance and is taking measures to help you guard against identity theft by offering you identity monitoring services from Kroll, at no cost. Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data. The enclosed information describes Kroll's services and explains how you can activate them. Once you activate your identity monitoring services, Kroll will monitor your credit file for 12 months and alert you to any changes in your credit history. Kroll will also monitor certain Internet sites, public record databases, and lender sites for evidence that your information is being misused. We encourage you to register for these services on-line, as explained in the enclosed material, or by calling Kroll's toll-free number to receive alerts by mail. You also may refer to Yale's website https://cybersecurity.yale.edu/data-intrusion-response or call 1-833-228-5711, Monday through Friday, 9:00 a.m. to 6:00 p.m. Eastern Time, with any questions that you might have about this incident.

Whether or not you register for the Kroll services, it is always a good idea to watch for signs that your personal information is being misused and report any suspicious activity to local law enforcement authorities. We have enclosed information explaining other steps you can take to protect your identity.

Yale takes seriously the protection of personal information, and we continue to improve our electronic security and eliminate the unnecessary storage of such information. We very much regret this incident and the inconvenience to you.

Sincerely,

*Jack F. Callahan, Sr.*

Jack F. Callahan, Jr.
Senior Vice President for Operations

9302GN-0718-52904



## TAKE ADVANTAGE OF YOUR IDENTITY MONITORING SERVICES

We are offering you access to a complimentary 12-month membership of identity monitoring services through Kroll.

To enroll, visit: **my.idmonitoringservice.com** and follow the online instructions to take advantage of your identity monitoring services.[1]

*You have until **November 16, 2018** to activate your identity monitoring services.*

Membership Number: **A26176853**

If you have questions or would like to enroll and receive credit services by mail instead of online, please call 1-833-228-5711, Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern Time.

Once you activate, your identity monitoring services include:

**Single Bureau Credit Monitoring**

You will receive alerts when there are changes to your credit data—for instance, when a new line of credit is applied for in your name. If you do not recognize the activity, you'll have the option to call a Kroll fraud specialist, who can help you determine if it's an indicator of identity theft.

**Web Watcher**

Web Watcher monitors internet sites where criminals may buy, sell, and trade personal identity information. An alert will be generated if evidence of your personal identity information is found.

**Public Persona**

Public Persona monitors and notifies when names, aliases, and addresses become associated with your Social Security number. If information is found, you'll receive an alert.

**Quick Cash Scan**

Quick Cash Scan monitors short-term and cash-advance loan sources. You'll receive an alert when a loan is reported, and you can call a Kroll fraud specialist for more information.

**$1 Million Identity Fraud Loss Reimbursement**

Reimburses you for out-of-pocket expenses totaling up to $1 million in covered legal costs and expenses for any one stolen identity event. All coverage is subject to the conditions and exclusions in the policy.

**Fraud Consultation**

You have unlimited access to consultation with a Kroll fraud specialist. Support includes showing you the most effective ways to protect your identity, explaining your rights and protections under the law, assistance with fraud alerts, and interpreting how personal information is accessed and used, including investigating suspicious activity that could be tied to an identity theft event.

**Identity Theft Restoration**

If you become a victim of identity theft, an experienced Kroll licensed investigator will work on your behalf to resolve related issues. You will have access to a dedicated investigator who understands your issues and can do most of the work for you. Your investigator can dig deep to uncover the scope of the identity theft, and then work to resolve it.

---

1  Kroll's activation website is only compatible with the current version or one version earlier of Internet Explorer, Chrome, Firefox, and Safari. To receive credit services, you must be over the age of 18 and have established credit in the U.S., have a Social Security number in your name, and have a U.S. residential address associated with your credit file.

## Other Steps You Can Take to Protect Your Identity

**Yale encourages you to enroll in Kroll's identity monitoring services.**
**There are, however, other steps you may wish to take to protect your identity.**

### REVIEW YOUR ACCOUNTS AND CREDIT REPORTS

**Regularly review statements from your accounts and periodically obtain your credit report** from one or more of the national credit reporting companies. You should examine the reports carefully to see if there has been theft or unauthorized use of your credit or there is other incorrect information contained in the reports. The federal Fair Credit Reporting Act (FCRA) regulates how credit reporting agencies use, store, and disclose your information. FCRA provides you with various rights, including the right to require the credit reporting agencies to correct errors in the data that they maintain about you.

**You may obtain a free copy of your credit report** online at annualcreditreport.com, by calling toll-free 1-877-322-8228, or by mailing an Annual Credit Report Request Form (also available at annualcreditreport.com) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281.

**You may also obtain a copy of your credit report** by contacting one or more of the three national credit reporting agencies listed below. Depending on the agency and service chosen, your state of residence, or other factors, the agency may charge fees. If you reside in any of the following jurisdictions, you are likely eligible for a free or discounted report and should request the price set by that jurisdiction: *CA, CO, CT, GA, ME, MD, MA, MN, MI, MS, MT, NJ, PR, VT, and VI.*

- Equifax (unless subject to state discount or waived, $15.95 per single report or subscription).
  P.O. Box 740241, Atlanta, Georgia 30374-0241, 1-800-685-1111.
  Online link: www.equifax.com/personal/products/credit/report-and-score/
- Experian (options include free monthly report or additional services for variable fees).
  P.O. Box 9532, Allen, TX 75013, 1-888-397-3742.
  Online link: www.experian.com/consumer-products/compare-credit-report-and-score-products.html
- TransUnion (unless subject to state discount or waived, $9.95 for single report or subscription).
  P.O. Box 6790, Fullerton, CA 92834-6790, 1-800-916-8800.
  Online link: disclosure.transunion.com/dc/disclosure/disclosure.jsp

### CONSIDER A FRAUD ALERT

**Consider contacting the three major credit reporting agencies to request that a "fraud alert" be placed on your file.** A fraud alert notifies potential lenders to verify your identification before extending credit in your name.

- Equifax: Request alert by calling 800-525-6285
  Or online at: www.alerts.equifax.com/AutoFraud_Online/jsp/fraudAlert.jsp
- Experian: Request alert by calling 800-397-3742 or 888-397-3742 (outside the U.S.)
  Or online at: www.experian.com/fraud/center.html
- TransUnion: Request alert by calling 800-680-7289
  Or online at: www.transunion.com/fraud-victim-resource/place-fraud-alert

### SECURITY FREEZE FOR CREDIT REPORTING AGENCIES

**Consider contacting the three major credit reporting agencies to request that each place a "security freeze" on your individual credit file.** A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, it is important to understand that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit cards, mortgages, employment, housing or other services. Under most states' laws, if you have been a victim of identity theft, and you provide the credit reporting agency with a valid police report, it cannot charge you to place, lift or remove a security freeze. In all other cases, state law limits to between $5 and $12 per transaction the prices that a credit reporting agency can charge to place, temporarily lift, or permanently remove a security freeze. For a summary of states' pricing limits, visit: www.creditcards.com/credit-card-news/credit-freeze-laws-50-states.php.

To place a security freeze on your credit file you must submit a request to the credit agency that holds that file (whether it is Equifax, Experian or TransUnion). The following provides contact information, including online portals, mailing addresses and telephone numbers through which you can initiate requests for security freezes to the three major credit reporting agencies:

| Equifax Security Freeze | Experian Security Freeze | TransUnion Security Freeze |
|---|---|---|
| By mail:<br>Equifax Security Freeze<br>P.O. Box 105788<br>Atlanta, Georgia 30348 | By mail:<br>Experian Security Freeze<br>P.O. Box 9554<br>Allen, TX 75013 | By mail:<br>TransUnion<br>Fraud Victim Assistance Dept.<br>P.O. Box 2000<br>Chester PA 19016 |
| By Telephone:<br>800-685-1111, except for (New York residents, who may instead call 800-349-9960). | By Telephone:<br>800-397-3742 or<br>888-397-3742 (outside the U.S.) | By Telephone:<br>888-909-8872 |
| Online:<br>www.freeze.equifax.com | Online:<br>www.experian.com/freeze/center.html | Online:<br>www.transunion.com/credit-freeze |

If you decide to request a security freeze, you will need to have the following information available when submitting your request:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security Number;
3. Date of birth;
4. Complete home address information for the last two to five years (depending on your current state of residence);
5. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.);
6. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft;
7. If you are not a victim of identity theft, include payment by check, money order, or credit card (Visa, MasterCard, American Express or Discover only). Do not send cash through the mail.

The credit reporting agencies have three (3) business days after receiving your request to place a security freeze on your credit report. The agencies must also send written confirmation to you within five (5) business days and provide you with a unique personal identification number (PIN) or password, or both, that can be used by you to authorize the removal or lifting of the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, you must make your request to the credit reporting agencies by phone, mail, or if an agency provided it, by logging on to your online account. You will have to verify your identity by providing proper identification (name, address, and social security number) and the PIN number or password provided to you when you placed the security freeze. You also will have to identify those entities or individuals you would like to receive your credit report or the specific period of time you want the credit report available. The credit reporting agencies have three (3) business days after receiving your request to lift the security freeze for those identified entities or for the specified period of time.

To remove the security freeze, you must make your request to the credit reporting agencies by phone, mail, or if an agency provided it, by logging on to your online account. You will have to verify your identity by providing proper identification (name, address, and social security number) and the PIN number or password provided to you when you placed the security freeze. The credit reporting agencies have three (3) business days after receiving your request to remove the security freeze.

**HELPFUL SUGGESTIONS IF YOU ARE A VICTIM OF IDENTITY THEFT**

- **File a police report.** Get a copy of the report to submit to your creditors and others that may require proof of a crime.
- **Contact the U.S. Federal Trade Commission (FTC).** The FTC provides useful information to identity theft victims and maintains a database of identity theft cases for use by law enforcement agencies. File a report with the FTC by

calling the FTC's Identity Theft Hotline: 1-877-ID-THEFT (438-4338); by mail, Identity Theft Clearinghouse, Federal Trade Commission, 600 Pennsylvania Avenue, N.W., Washington DC 20580; or online at: www.identitytheft.gov.

- **Contact the attorney general or other consumer regulator for your state or territory.** In most states and territories within the U.S., the attorneys general or other consumer regulators administer identity theft protection laws and assist residents who are victims of such thefts. Contact information for many of these state agencies is provided in a table at the end of this document.
- **Keep a record of your contacts.** Start a file with copies of your credit reports, the police reports, any correspondence, and copies of disputed bills. It is also useful to keep a log of your conversations with creditors, law enforcement officials, and other relevant parties.

## OTHER INFORMATION

**You can obtain further information about fraud alerts, security freezes, and steps you can take to avoid identity theft from the consumer reporting agencies identified above, and the FTC.** The FTC's identity theft website is located at www.identitytheft.gov; their toll-free phone number is 1-877-ID-THEFT (1-877-438-4338); or you can write to: Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

### Contact Information For Attorneys General And Related Regulators

| | | | |
|---|---|---|---|
| **Alabama** Attorney General<br>Consumer Interest Division<br>501 Washington Ave.,<br>Montgomery, AL 36130<br>800-392-5658 or 334-242-7335<br>www.ago.state.al.us | **Alaska** Dept. of Law<br>Consumer Protection Unit<br>1031 W. 4th Ave., Suite 200,<br>Anchorage, AK 99501<br>888-576-2529 or 907-269-5200<br>consumerprotection@alaska.gov | **Arizona** Attorney General<br>2005 N. Central Ave.,<br>Phoenix, AZ 85004<br>800-352-8431 or 602-542-5025<br>consumerinfo@azag.gov | **Arkansas** Attorney General<br>323 Center St., Suite 200,<br>Little Rock, AR 72201-2610<br>800-482-8982<br>oag@arkansasag.gov |
| **California** Attorney General<br>1300 I St., Ste. 1740,<br>Sacramento, CA 95814<br>916-445-9555<br>www.ag.ca.gov | **Colorado** Attorney General<br>Consumer Protection Section<br>1300 Broadway, 7th Floor<br>Denver, CO 80203<br>800-222-4444<br>www.coag.gov | **Connecticut** Attorney General<br>55 Elm Street<br>Hartford CT, 06106<br>860-808-5318<br>attorney.general@ct.gov | **Delaware** Dept. of Justice<br>Fraud & Consumer Protection<br>820 N. French St.<br>Wilmington, DE 19801<br>302-577-8600<br>attorney.general@state.de.us |
| **D.C.** Attorney General<br>Office of Consumer Protection<br>441 4th Street, NW, Washington, DC 20001<br>202-442-9828<br>consumer.protection@dc.gov | **Florida** Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050<br>850-414-3300<br>www.myfloridalegal.com | **Georgia** Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>800-869-1123 or 404-656-3300<br>ocp.ga.gov/consumer-services | **Guam** Attorney General<br>Consumer Protection Division<br>590 S. Marine Corps Dr. # 901<br>Tamuning, Guam 96913<br>671-475-3324 ext. 3255<br>www.guamag.org |
| **Hawaii** Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>808-586-1500<br>hawaiiag@hawaii.gov | **Idaho** Attorney General<br>Consumer Protection Division<br>954 W. Jefferson, 2nd Floor<br>Boise, ID 83720<br>800-432-3545 or 208-334-2424<br>www.ag.idaho.gov | **Illinois** Attorney General<br>100 W. Randolph St.<br>Chicago, IL 60601<br>866-999-5630<br>www.illinoisattorneygeneral.gov | **Indiana** Attorney General<br>Consumer Protection Division<br>302 W. Washington St, 5th Fl.<br>Indianapolis, IN 46204<br>317-232-6330 or 800-382-5516<br>IDTheft@atg.in.gov |
| **Iowa** Attorney General<br>1305 E. Walnut Street<br>Des Moines IA 50319<br>888-777-4590 or 515-281-5926<br>consumer@ag.iowa.gov | **Kansas** Attorney General<br>120 SW 10th Ave., 2nd Floor<br>Topeka, KS 66612<br>800-432-2310 or 785-296-2215<br>www.ag.ks.gov | **Kentucky** Attorney General<br>1024 Capital Center Drive, Ste 200<br>Frankfort, Kentucky 40601<br>888-432-9257 or 502-696-5389<br>ag.ky.gov | **Louisiana** Dept. of Justice<br>Consumer Protection Section<br>1885 North Third Street<br>Baton Rouge, LA 70802<br>800-351-4889 or 225-326-6000<br>ConsumerInfo@ag.louisiana.gov |
| **Maine** Attorney General<br>Consumer Protection Division<br>6 State House Station<br>Augusta, ME 04333<br>207-626-8800<br>www.maine.gov/ag | **Maryland** Attorney General<br>Consumer Protection Division<br>200 St. Paul Place, Baltimore, MD 21202<br>888-743-0023 or 410-528-8662<br>consumer@oag.state.md.us | **Massachusetts** Attorney General<br>Consumer Advocacy & Response<br>1 Ashburton Place,<br>Boston, MA 02108<br>617-727-8400<br>www.mass.gov/ago | **Michigan** Attorney General<br>Consumer Protection Division<br>P.O. Box 30213<br>Lansing, MI 48909<br>877-765-8388 or 517-373-1160<br>miag@mi.gov |

| | | | |
|---|---|---|---|
| **Minnesota** Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>800-657-3787 or 651-296-3353<br>www.ag.state.mn.us | **Mississippi** Attorney General<br>Consumer Protection Division<br>P.O. Box 22947<br>Jackson, MS 39225<br>800-281-4418 or 601-359-4230<br>www.ago.state.ms.us | **Missouri** Attorney General<br>Supreme Court Building<br>207 W. High St.<br>Jefferson City, MO 65102<br>800-392-8222<br>consumer.help@ago.mo.gov | **Montana** Dept. of Justice<br>Office of Consumer Protection<br>P.O. Box 200151<br>Helena, MT 59620<br>800-481-6896 or 406-444-4500<br>contactocp@mt.gov |
| **Nebraska** Attorney General<br>Consumer Protection Division<br>2115 State Capitol<br>Lincoln, NE 68509<br>800-727-6432<br>ago.consumer@nebraska.gov | **Nevada** Attorney General<br>100 North Carson Street<br>Carson City, NV 89701<br>702-486-3132<br>aginfo@ag.nv.gov | **New Hampshire** Attorney General<br>Consumer Protection Bureau<br>33 Capitol Street<br>Concord, NH 03301<br>888-468-4454 or 603-271-3643<br>doj-cpb@doj.nh.gov | **New Jersey** Attorney General<br>Div. of Consumer Affairs<br>124 Halsey Street<br>Newark, New Jersey 07102<br>800-242-5846 or 973-504-6200<br>www.njconsumeraffairs.gov |
| **New Mexico** Attorney General<br>Consumer & Family Advocacy<br>201 3rd St NW, Suite 300<br>Albuquerque, NM 87102<br>505-717-3500<br>www.nmag.gov | **New York** Attorney General<br>Consumer Frauds & Protection<br>Albany, NY 12224<br>800-771-7755<br>ag.ny.gov | **North Carolina** Attorney General<br>Public Protection Section<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001<br>877-566-7226 or 919-716-6400<br>www.ncdoj.gov | **North Dakota** Attorney General<br>600 E. Boulevard Ave Dept. 125<br>Bismarck ND 58505<br>800-472-2600 or 701-328-2210<br>www.attorneygeneral.nd.gov |
| **Ohio** Attorney General<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215<br>800-282-0515 or 614-466-4986<br>www.ohioattorneygeneral.gov | **Oklahoma** Attorney General<br>Consumer Protection Unit<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-521-2029<br>ConsumerProtection@oag.ok.gov | **Oregon** Dept. of Justice<br>Consumer Protection<br>1162 Court St. NE<br>Salem, OR 97301<br>877-877-9392<br>oregonconsumer.gov | **Pennsylvania** Attorney General<br>Bureau of Consumer Protection<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>800-441-2555 or 717-787-9707<br>BCPAdmin@attorneygeneral.gov |
| **Puerto Rico** Dept. of Justice<br>Dept. of Consumer Affairs<br>Ave. Jose De Diego Pda.22<br>Centro Gubernamental Minillas<br>Edificio Torre Norte, Piso 8<br>San Juan, Puerto Rico 00940<br>787-722-7555<br>daco.pr.gov | **Rhode Island** Attorney General<br>150 South Main Street<br>Providence, Rhode Island 02903<br>401-274-4400<br>consumers@riag.ri.gov | **South Carolina**<br>Dept. of Consumer Affairs<br>2221 Devine St., Ste. 200<br>Columbia, SC 29205-2418<br>800-922-1594 or 803-734-4200<br>scdca@scconsumer.gov | **South Dakota** Attorney General<br>Div. of Consumer Protection<br>1302 E Hwy 14, Suite 3<br>Pierre, SD 57501<br>800-300-1986 or 605-773-4400<br>www.consumer.sd.gov |
| **Tennessee** Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>615-741-3491<br>consumer.affairs@tn.gov | **Texas** Attorney General<br>Consumer Protection Division<br>300 W. 15th Street<br>Austin, TX 78701<br>800-621-0508<br>www.texasattorneygeneral.gov | **Utah** Attorney General<br>Utah State Capitol Complex<br>350 North State Street, Suite 230<br>SLC, UT 84114<br>800-244-4636<br>www.attorneygeneral.utah.gov | **Vermont** Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>802-828-3171<br>www.ago.vermont.gov |
| **Virgin Islands** Attorney General<br>34-38 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, VI 00802<br>340-774-5666 Ext. 107<br>usvidoj.codemeta.com | **Virginia** Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>800-552-9963 or (804) 786-2071<br>www.oag.state.va.us | **Washington** Attorney General<br>1125 Washington Street SE<br>Olympia, WA 98504<br>800-551-4636 or 206-464-6684<br>www.atg.wa.gov | **West Virginia** Attorney General<br>Consumer Protection Division<br>P.O. Box 1789,<br>Charleston, WV 25326<br>800-368-8808 or 304-558-8986<br>consumer@wvago.gov |
| **Wisconsin** Dept. of Justice<br>P.O. Box 7857<br>Madison, WI 53703-7857<br>608-266-1221<br>www.doj.state.wi.us | **Wyoming** Attorney General<br>Consumer Protection Unit<br>2320 Capitol Avenue<br>Cheyenne, WY 82002<br>800-438-5799 or 307-777-8962<br>ag.consumer@wyo.gov | | |