EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JULIE MASON, on behalf of herself and all others similarly situated, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:18-cv-01280-KAD |
| YALE UNIVERSITY, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Julie Mason and Defendant Yale University (the "Parties") jointly stipulate to dismissal *with prejudice* of Plaintiff's individual claims. The Parties further stipulate to dismissal of any putative class claims *without prejudice*, as no class has been certified by the Court. The Parties agree to bear their own fees and costs.

Respectfully submitted this 10th day of June, 2019.

PLAINTIFF JULIE MASON

By: _____
Scott A. Bursor (*Pro Hac Vice*)
Philip L. Fraietta (phv09753)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: scott@bursor.com
Email: pfraietta@bursor.com

James J. Reardon, Jr. (CT 13802)
45 South Main Street, 3rd Floor West
Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242

DEFENDANT YALE UNIVERSITY

By: _____
Phyllis B. Sumner (phv09768)
Meghan H. Magruder (phv09767)
Shelby S. Guilbert (phv09762)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Phone: (404) 572-4600
Fax: (404) 572-5100
Email: psumner@kslaw.com
Email: mmagruder@kslaw.com
Email: sguilbert@kslaw.com

Email:
james.reardon@reardonscanlon.com

Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0164
Fax: (860) 880-2625
Email: jmueller@daypitney.com